IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TABATHA WERKMEISTER, individually and on behalf of her minor sons, J.J.W., J.M.W. and D.W. and her minor daughter, A.W., and GRINAGE DION WILSON | ) CIVIL DIVISION ) ) No: 15-cv-01069 ) ) |
| Plaintiffs, v. | ) ) ) |
| CITY OF PITTSBURGH, ACTING CHIEF OF POLICE REGINA MCDONALD, LIEUTENANT JOSEPH TERSAK, OFFICER MICHAEL COLEMAN, OFFICER ERIC ENGELHARDT, OFFICER RONALD YOSI, OFFICER JEFFERY GARRIS, OFFICER DANIEL HARTUNG, OFFICER JASON HALL, OFFICER DAVID BLAHUT, OFFICER THEODORE GEYSER, OFFICER CHAD OBRIEN, | ) U.S. District Judge Mark R. Hornak ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ***JURY TRIAL DEMANDED*** |

**DEFENDANTS' MOTION TO WITHDRAW CROSS-CLAIM**

AND NOW, come Defendants, LIEUTENANT JOSEPH TERSAK, OFFICER MICHAEL COLEMAN, OFFICER ERIC ENGELHARDT, OFFICER RONALD YOSI, OFFICER JEFFREY GARRIS, OFFICER DANIEL HARTUNG, OFFICER JASON HALL, OFFICER DAVID BLAHUT, OFFICER THEODORE GEYSER and OFFICER CHAD O'BRIEN, by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, and file the within Motion to withdraw the cross-claim as follows:

1. Defendants included in their Answer and Affirmative Defenses a cross-claim for indemnification against the City of Pittsburgh. (Document No. 43).

2. Defendants wish to withdraw their cross-claim against the City.

3. The responses and affirmative defenses as asserted in Defendants' Answer remain.

WHEREFORE, Defendants, LIEUTENANT JOSEPH TERSAK, OFFICER MICHAEL COLEMAN, OFFICER ERIC ENGELHARDT, OFFICER RONALD YOSI, OFFICER JEFFREY GARRIS, OFFICER DANIEL HARTUNG, OFFICER JASON HALL, OFFICER DAVID BLAHUT, OFFICER THEODORE GEYSER and OFFICER CHAD O'BRIEN, respectfully request that the Court enter an Order dismissing the cross-claim as against the City of Pittsburgh.

          Respectfully submitted,

          **MARSHALL DENNEHEY**
          **WARNER COLEMAN & GOGGIN**

BY:   */s/ Paul D. Krepps*
          PAUL D. KREPPS, ESQUIRE
          PA ID #73038
          APRIL L. CRESSLER, ESQUIRE
          PA ID #308353
          ALLISON GENARD, ESQUIRE
          PA ID #311253
          **Counsel for Defendants**
          Union Trust Building
          501 Grant Street, Suite 700
          Pittsburgh, PA  15219
          (412) 803-1140  // (412) 803-1188 fax
          PDKrepps@mdwcg.com
          ALCressler@mdwcg.com
          ANGenard@mdwcg.com

LEGAL/114283199.v1