IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TABATHA WERKMEISTER, et al | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 15-01069 |
| | ) |
| v. | ) |
| | ) |
| CITY OF PITTSBURGH, et al | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

### ORDER

And NOW this 13TH day of APRIL, 2018, upon consideration of the parties' JOINT MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT RESPONSE DEADLINES, it is hereby ordered that said motion is GRANTED.

The filing deadlines set forth in this Court's January 11, 2018 Order are hereby extended by 7 days.

BY THE COURT:

[signature]